**SEALED**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America and State of California ex rel. Stephen Lane and Samantha Lane,<br><br>  Plaintiffs and Relators,<br><br>  v.<br><br>Applied Engineering and Geology, Inc., a California corporation, and Earl Stephens,<br><br>  Defendants. | Case No.  2:14-cv-2488 GEB DAD<br><br>**[PROPOSED] ORDER GRANTING REQUEST TO FILE FALSE CLAIMS ACT COMPLAINT IN CAMERA AND UNDER SEAL** |

**ORDER**

Upon consideration of Plaintiff relator's request that this matter be filed in camera and under seal pursuant to 31 U.S.C. § 3730(b)(2), it is hereby

**ORDERED** that Plaintiff relator's request is GRANTED, and that the matter shall be placed under seal pursuant to the provisions of § 3730(b)(2), and shall remain under seal until further order of the Court.

Dated:  October 24, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1