# SEALED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America and State of California ex rel. Stephen M. Lane and Samantha B. Lane,<br><br>　　　　Plaintiffs and Realtors,<br><br>　v.<br><br>Applied Engineering and Geology, Inc., a California corporation, and Earl Stephens,<br><br>　　　　Defendants. | No. 2:14-cv-02488-GEB-DAD<br><br>**DISMISSAL ORDER AND ORDER TO SHOW CAUSE RE CONTINUED SEALING** |

　　　　Pursuant to the Realtors' Notice of Voluntary Dismissal, (ECF No. 7), and the State of California and the United States' consent thereto, (ECF Nos. 8, 9), this action is dismissed without prejudice. See 31 U.S.C. § 3730 (b)(1) ("The action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting.").

　　　　Further, if a party opines this action, or any filing made therein, should remain under seal, that party shall show cause in a writing to be filed no later than July 17, 2015, why

1

sealing remains justified under applicable sealing law. If no party responds to this order, the action will be unsealed in its entirety without further order from the Court.

Dated: July 9, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge