BENJAMIN B. WAGNER
United States Attorney
EDWARD A. BAKER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, STATE OF CALIFORNIA, *ex rel*., STEPHEN M. LANE AND SAMANTHA B. LANE,<br><br>Plaintiffs,<br><br>-vs-<br><br>APPLIED ENGINEERING AND GEOLOGY, INC., a California corporation, and EARL STEPHENS,<br><br>Defendants. | CASE NO. 2:14-cv-2488 GEB DAD<br><br>**ORDER ON UNITED STATES' RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE RE CONTINUED SEALING**<br><br>[FILED UNDER SEAL] |

IT IS ORDERED that,

1.      The United States' *Ex Parte* Application for Extension of Time to Decide Whether to Intervene and Extension of Seal, the supporting Declaration of Edward A. Baker, and Memorandum of Law, (ECF Nos. 4, 4-1, 4-2), shall remain under seal and not be made public; and

2.      All other filings in this case shall be unsealed.

Dated:  July 28, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge